**STATE of Missouri, Respondent,**

v.

**Charles BARNES, Appellant.**

**Charles BARNES, Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 69626, 72094.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 25, 1997.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

**ORDER**

PER CURIAM.

Defendant, Charles Barnes, appeals from his judgment of conviction, after a jury trial, of robbery in the first degree. He was sentenced as a prior offender to imprisonment for fifteen years.

Defendant also appeals from the denial of his rule 29.15 motion without an evidentiary hearing.

No jurisprudential purpose would be served by a written opinion on defendant's

direct appeal. The judgment of conviction is affirmed. Rule 30.25(b).

The judgment of the trial court on defendant's Rule 29.15 motion is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).